993 A.2d 269

**Francis FARINELLA, Appellant**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

April 28, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of April, 2010, the order of the Commonwealth Court is **AFFIRMED.**